# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-24402-KMM

Plaintiff:
**MAYA NAINANI, through her daughters, SONIA M. NAINANI and MICHELLE M. NAINANI, as joint POA,**

vs.

Defendant:
**UNITED STATES POSTAL SERVICE,**

For:
David M. McDonald, Esq.
McLuskey & McDonald, P.A.
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156

Received by Quick Response Process Serving on the 28th day of October, 2020 at 4:32 pm to be served on **UNITED STATED POSTAL SERVICE c/o United States Attorney, Siuthern District of Florida, The Honorable Ariana Fajardo Orshan, 99 N.E. 4th Street, Miami, FL 33132**.

I, Julio Melo, do hereby affirm that on the **5th day of November, 2020** at **11:10 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Letter, Summons In A Civil Action, Complaint for Damages Under Federal Tort Claims Act., Exhibit "1", Exhibit "2" and Exhibit "3"** with the date and hour of service endorsed thereon by me, to: **Chris Cheek** as **AUSA** for **UNITED STATED POSTAL SERVICE c/o United States Attorney, Siuthern District of Florida, The Honorable Ariana Fajardo Orshan**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action " Under penalty of perjury I declare that I have read the foregoing document and that the facts stated in it are true." NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

---

**Julio Melo**
Process Server # 1179

Quick Response Process Serving
1421 S.W. 107 Avenue
# 183
Miami, FL 33174
(305) 859-9550

Our Job Serial Number: QRP-2020001963

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g