UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24402 - KMM

MAYA NAINANI, through her daughters,
SONIA M NAINANI and MICHELLE M.
NAINANI, as joint POA,

    Plaintiff,

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
### BY INTERLINEATION TO CORRECT DEFENDANT'S NAME

Plaintiff, MAYA NAINANI, through her daughters, SONIA M NAINANI and MICHELLE M. NAINANI, as joint POA, hereby files this Motion for Leave to Amend Complaint by Interlineation pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule 7.1 to correct the name of the Defendant and in further support states as follows:

1.    This lawsuit was filed as a negligence claim against the United States Postal Service when one of its vehicles, on November 18, 2019, collided with 72 year old Maya Nainani in front of her home rendering her with numerous injuries including brain damage and the requirement of a permanent feeding tube with 24 hour nursing case.

2.    The Plaintiff named the United States Postal Service as the party defendant but within the body of the Complaint (DE 1) the Complaint identified the USPS as an independent agency of the executive branch of the United States Government

responsible for providing postal service for the United States, including Miami-Dade County, Florida. See Complaint (DE 1 @ ¶16).

3. Although the Defendant was properly identified within the body of the Complaint, the named Defendant should be the United States of America and not the agency, USPS. The Plaintiff seeks to amend the Complaint by Interlineation to correctly identify the Defendant as the United States of America.

4. In the Defendant's Answer and Affirmative Defenses (DE 12 @ fn1), the Defendant specifically states that the correct Defendant is the United States of America rather than the United States Postal Service indicating that the United States of America should be substituted as the sole Defendant. See also, *Perez-Baron v. United States*, 480 Fed.AppX.688, 691 (3rd Cir. 2012). (Under the FTCA, a claimant may seek damages only from the United States as a result of the negligence or wrongful acts or omissions of any governmental employee).

5. Because the Defendant, United States of America, was properly served with the lawsuit and the Answer and Affirmative Defenses was filed by the United States of America, amending the Complaint by Interlineation to reflect the proper name of the Defendant would not unduly prejudice this Court or the Defendant or require further response to the Complaint by the Defendant.

6. Rule 15(a) (2), FRCP, provides that a party may amend its pleading only with the opposing party's consent or the Court's leave. Moreover, the rule provides that "the Court should freely give leave when justice so requires". *Id.*

- 2 -

CASE NO. 20-cv-24402 - KMM

**Good Faith Conference with Counsel**

7.      Plaintiff, in good faith, has conferred with Defendant's counsel, Charles White, Esq., at the US Attorney's Office for the Southern District of Florida and can represent that Defendant's counsel has no objection to the relief sought in this motion.

WHEREFORE the Plaintiff respectfully requests this Court enter an Order granting this Motion for Leave to Amend by Interlineation to correct the Defendant's name from the United States Postal Service to the United States of America and grant any other relief this Court deems just, proper and equitable.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of the Court using CM/ECF on February 2, 2021.

/s/ *David M. McDonald*
John W. McLuskey
David M. McDonald
Primary: eservice@mmlawmiami.com
Secondary: dmcdonald@mmlawmiami.com
              jmcl@mmlawmiami.com
Florida Bar No.: 613241
McLuskey, McDonald & Hughes, P.A.
Attorneys for Plaintiff
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
(305) 670-2020 Telephone
(305) 662-6164 Fax

- 3 -